[United States District Court]
District of Connecticut

Jean Karlo Conquistador
   Plaintiff,

v.                                          No. 3:17CV00132
                                            (VAB-KAD)

Police Officer Zweibelson;
Police Officer Cashi
        Defendants.          December 5, 2019

## Second Motion For Articulation

Pursuant to any and all applicable laws, Jean Karlo Conquistador, the Pro Se Plaintiff herein hereby moves this Court For Articulation the Summary Judgment in the present action.

On 10/21/2019 this Court granted Defendants' Motion For Summary Judgment in full without any Articulation, Whatsoever.

Plaintiff reserves his right to know why the present action was dismissed in its entirety. See (Exhibits A-B)

Like thousands of others, Plaintiff was misled by his Public Defender.

Where is the Wisdom?!

Oral Argument Definitely Requested

Respectfully Submitted,
Isaac Lloyd Cosgrove Yoder
Activist & Entrepreneur
1966 North Avenue
Bridgeport, CT 06604
(475) 225-8033

/s/ [signature]
I.L. Cosgrove Yoder
on November 5, 2019

Certification

Via U.S. Mail and/or electronically, a copy of the foregoing has been sent to the following:

Edmond Daniel Fowley
Smith Katzenstein Jenkins
16 Sherman Street
Hartford, CT 06105

/s/ [signature]
on November 5, 2019
p. 1

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jean Carlo Conquistador
    Plaintiff,

v.       No. 3:19-CV-00132
     Hon. Kari A. Dooley

Trzebelsa ;
Cashi
    Defendants.    November 19, 2019

## Motion For Articulation

Pursuant to any and all applicable laws, Jean Carlo Conquistador, the Pro Se Plaintiff herein hereby move this Court For Articulation Re Summary Judgment in the present action.

On 10/04/19 this Court granted Defendants' Motion For Summary Judgment in Full without any Articulation Whatsoever.

Plaintiff would like to know why his case was dismissed in entirety.

Plaintiff was misled by his Public Defender. Where is the Wisdom?!

No Oral Argument Needed

Respectfully Submitted,
Ray Louis Casquestadas
[Plaintiff & Chairperson]
166 North Avenue
Bridgeport, CT 06604
(475) 235-8253

/s/ J.A. Casquestadas

On November 19, 2019

Certification

Via U.S. Mail and/or electronically, a
copy of the foregoing has been sent to
the following:

Hawkwell Cooperative Counsel
550 Main Street
Hartford, CT 06103

/s/ J.A. Casquestadas

On Nov. 19, 2019

p. 1



Exhibit B

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 12/4/2019 at 9:05 AM EST and filed on 12/4/2019
**Case Name:**           Conquistador v. Adamaitis
**Case Number:**        3:19-cv-00430-KAD
**Filer:**
**Document Number:** 96(No document attached)

**Docket Text:**
**ORDER denying [93] Motion for Articulation. The Court did not enter summary judgment against the Plaintiff so there is nothing to articulate. Signed by Judge Kari A. Dooley on 12/3/19. (Dooley, Kari)**


**3:19-cv-00430-KAD Notice has been electronically mailed to:**

Edward David Rowley     edward.rowley@ct.gov

**3:19-cv-00430-KAD Notice has been delivered by other means to:**

Jean Karlo Conquistador
#341088
BRIDGEPORT CORRECTIONAL CENTER
1106 North Avenue
Bridgeport, CT 06604